UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CARMEN WATSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-4137-SAC |
| | ) | |
| MYLAN PHARMACEUTICALS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff's application for leave to file and continue this action without payment of fees or costs (ECF No. 3) is hereby granted. If not previously provided, plaintiff is directed to provide the addresses of all named defendants by no later than **December 3, 2018**, so that the Clerk of the Court may proceed with service of process. The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

A copy of this order shall be mailed to plaintiff by certified and regular mail.

IT IS SO ORDERED.

Dated November 14, 2018, at Kansas City, Kansas.

                                                                                                   s/ James P. O'Hara
                                                                                                   James P. O'Hara
                                                                                                   U.S. Magistrate Judge